NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PRECISION LINKS INCORPORATED,**
*Plaintiff-Appellant,*

v.

**USA PRODUCTS GROUP, INC. AND
HOME DEPOT U.S.A., INC.,**
*Defendants-Appellees.*

---

2012-1461

---

Appeal from the United States District Court for the Western District of North Carolina in case no. 08-CV-0576, Judge Martin Reidinger.

---

## ON MOTION

---

## ORDER

USA Products Group, Inc. and Home Depot U.S.A., Inc. move without opposition to withdraw Steven M. Levitan as principal counsel and to substitute Jason M. Gonder.

Upon consideration thereof,

IT IS ORDERED THAT:

PRECISION LINKS INC. v. USA PRODUCTS GROUP                    2

The motion is granted.


                                        FOR THE COURT


SEP 2 5 2012                            /s/ Jan Horbaly
      Date                             Jan Horbaly
                                       Clerk


cc:  James M. Harrington, Esq.
     Jason M. Gonder, Esq.

s26
                                       FILED
                            U.S. COURT OF APPEALS FOR
                               THE FEDERAL CIRCUIT

                                   SEP 2 5 2012

                                   JAN HORBALY
                                      CLERK